IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.103.148.240,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 15-04289 WHA<br><br>**REQUEST FOR RESPONSE** |

A prior order granted the above-identified subscriber's motion to proceed anonymously in moving to quash plaintiff's third-party subpoena (Dkt. No. 16). That order also asked the subscriber to submit a notice with his or her name and address to be filed under seal for the Court's eyes only. The subscriber has filed a motion to quash, but failed to file a notice with the requested identifying information. By **JANUARY 4**, the subscriber shall please file said notice so the Court can ensure all orders and motions are properly served. The Clerk shall please **SERVE** this order on Comcast at the address below, so Comcast may forward it to the subscriber:

　　　NE&TO
　　　Comcast Communications, LLC
　　　650 Centerton Road
　　　Moorestown, NJ 08057

Dated: December 23, 2015.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE