IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. C 15-04289 WHA |
| Plaintiff, | |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.103.148.240, | **ORDER GRANTING SEALING MOTION** |
| Defendant. | |

Defendant has moved to file under seal, for the Court's eyes only, a notice including his or her identifying information. Defendant's request is hereby **GRANTED**. The **CLERK** will please **SERVE** defendant with plaintiff's response to the pending motion to quash at the address identified in the notice along with this order. Defendant's response shall be submitted by **JANUARY 19**.

**IT IS SO ORDERED.**

Dated: January 7, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE