United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. C 15-04289 WHA |
| Plaintiff, | |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.103.148.240, | **ORDER EXTENDING DEADLINE TO EFFECTUATE SERVICE OF PROCESS** |
| Defendant. | |

Defendant has moved to quash the subpoena that plaintiff served on his or her Internet provider for the purpose of obtaining defendant's identifying information in order to effectuate service. The deadline to effectuate service is hereby extended to **FOUR WEEKS** after an order issues on defendant's motion to quash. The Clerk shall please **SERVE** this order on defendant at the address filed under seal (Dkt. No. 19).

**IT IS SO ORDERED.**

Dated: January 20, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE