IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

    Plaintiff,

  v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.103.148.240,

    Defendant.

No. C 15-04289 WHA

**ORDER GRANTING SEALING MOTION**

    Plaintiff has moved to file under seal its amended complaint, proposed summons, and return of service pursuant to the protective order in this case (Dkt. No. 33). Plaintiff's motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: April 1, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE